# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00601-CV

**Estrella Montoya, Appellant**

**v.**

**Charles R. Holly, Jr., Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 29-072, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint status report. They state that the parties have reached a settlement which resolved all claims between the parties. They also request dismissal of this cause from this Court's docket. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed:   February 5, 2015